Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the
SOUTHERN
DISTRICT OF INDIANA DIVISION

<div style="border:2px solid red;">

## FILED

**02/27/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

</div>

|  |  |
|---|---|
| **MUHAMMAD RASHAD** ) ) ) *Plaintiff(s)* ) *(Write the full name of each plaintiff who is filing this complaint.* ) *If the names of all the plaintiffs cannot fit in the space above,* ) *please write "see attached" in the space and attach an additional* ) *page with the full list of names.)* ) **-v-** ) ) ) **USF HOLLAND LLC (US,DOT#75806)** ) **ANDREW COOK, BRYCE MITCHEM, & SCOTT** ) **ROGERS** ) *Defendant(s)* ) *(Write the full name of each defendant who is being sued. If the* ) *names of all the defendants cannot fit in the space above, please* ) *write "see attached" in the space and attach an additional page* ) *with the full list of names.)* ) | Case No.  4:23-cv-00029-TWP-KMB   *(to be filled in by the Clerk's Office)*   YES                                    No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MUHAMMAD RASHAD |
| Street Address | 107 SHAWNEE COURT |
| City and County | BLOOMFIELD |
| State and Zip Code | KENTUCKY 40008 |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

|  |  |
|---|---|
| Telephone Number | 502-507-9103 |
| E-mail Address | rashad706@gmail.com |

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | USF HOLLAND LLC (US,DOT#75806) |
| Job or Title *(if known)* | |
| Street Address | 4885 KEYSTONE INDUSTRIAL BLVD |
| City and County | JEFFERSONVILLE |
| State and Zip Code | INDIANA |
| Telephone Number | 812-284-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | ANDREW COOK |
| Job or Title *(if known)* | DIRECTOR OF LINEHAUL |
| Street Address | 700 S WAVERLY RD |
| City and County | HOLLAND |
| State and Zip Code | MI, 49423 |
| Telephone Number | 616-395-5000 |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | BRYCE MITCHEM |
| Job or Title *(if known)* | LOUISVILLE, TERMINAL MANAGER |
| Street Address | 4885 KEYSTONE INDUSTRIAL BLVD |
| City and County | JEFFERSONVILLE |
| State and Zip Code | INDIANA, 47130 |
| Telephone Number | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E-mail Address *(if known)*

Defendant No. 4

| | |
|---|---|
| Name | SCOTT ROGERS |
| Job or Title *(if known)* | INDUSTRIAL RELATIONS MANAGER |
| Street Address | 4885 KEYSTONE INDUSTRIAL BLVD |
| City and County | JEFFERSONVILLE |
| State and Zip Code | INDIANA, 47130 |
| Telephone Number | 812-284-4400 |
| E-mail Address *(if known)* | |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | USF HOLLAND LLC (US,DOT#75806) |
| Street Address | 4885 KEYSTONE INDUSTRIAL BLVD |
| City and County | JEFFERSONVILLE |
| State and Zip Code | INDIANA, 47130 |
| Telephone Number | 812-284-4400 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

X                           Failure to hire me.

X                           Termination of my employment.

                            Failure to promote me.

X                           Failure to accommodate my disability.

                            Unequal terms and conditions of my employment.

X                           Retaliation.

X                           Other acts *(specify)*:

                            *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

April 6th, 2021; April 8th, 2021; April 19, 2021

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.     I believe that defendant(s) *(check one)*:

X                           is/are still committing these acts against me.

                            is/are not still committing these acts against me.


D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

                            race

X                           color

                            gender/sex

                            religion

                            national origin

                            age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*

X                           disability or perceived disability *(specify disability)*


E.     The facts of my case are as follows.  Attach additional pages if needed.

       I believe I was discriminated against on the basis of my disability.

       On the above mention dates, Respondents employee 'CHRIS', in Central Dispatch Supervisor advised me that due to Article 41 of the National Freight Agreement i was being terminated on April 6th 2021. I started working for Respondents and Respondent Manager Mr. Harold told me to contact the Central Dispatch after noticing I was on 'crutches'. I contacted the dispatch and was told "Because we got a report that you're on crutches you're off duty until you provide a doctor's note". On April 20 I was terminated.


       *(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*


IV.    **Exhaustion of Federal Administrative Remedies**

       A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*


       B.     The Equal Employment Opportunity Commission *(check one)*:

                            has not issued a Notice of Right to Sue letter.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

issued a Notice of Right to Sue letter, which I received on *(date)* .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

60 days or more have elapsed.

less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff suffered disparate treatment; and that disparate impact occurred due to defendants rules and policy that had an adverse impact on plaintiff; Further plaintiff suffer Harassment, due to his disability and incurred a hostile, environment therefor plaintiff is requesting damages in the amount of  $6,000.000.00

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        February 19,2023

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Signature of Plaintiff        MUHAMMAD RASHAD

Printed Name of Plaintiff    MUHAMMAD RASHAD

**B.**        **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address