**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **FILED** | | |
| **06/26/2023** | | |
| **U.S. DISTRICT COURT** | | |
| SOUTHERN DISTRICT OF INDIANA | | |
| Roger A.G. Sharpe, Clerk | | |

MUHAMMAD                                    )
                                                )
           **Plaintiff**             )
                                                )   **No. 423-cv-00029-TWP-KMB**
                                                )
             **v.**                 )
                                                )
USF HOLLAND LLC US DOT#75806    )
ET, AL                                        )
           **Defendant's**     )

## MOTION FOR DEFAULT JUDGMENT

       Comes now the Plaintiff Muhammad Rashad, **pro se**, respectfully moves this honorable Court pursuant to Federal Rules 37(b)(2)(v) for judgment by default against  the Defendant's for failure to comply with this court's order enter 04/04/2023 DT 8 ID# 31.

       In support Plaintiff states he contacted the Clerk's Office to get confirmation that process was served and confirmed process has been severed.

       **WHEREFORE,**  Plaintiff moves this honorable court for Judgment by Default for the following:

    A.    Back pay in the amount of $375.000.00

    B.    Compensatory damages for emotional distress, mental anguish, humiliation and embarrassment in the amount  $ 1,000.000.00

    C.    Punitive damages in the amount $ 2,000.000.00

    D.    Statutory interest on all damages awards, verdicts or judgment.

Respectfully

Plaintiff/prose

June 20, 2023

Muhammad Rashad
107 Shawnee Ct
Bloomfield KY 40008
email: rashad706@gmail.com
502-507-9103