UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MUHAMMAD RASHAD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USF HOLLAND LLC US, DOT#75806, ) <br> ANDREW COOK Director of Linehaul, ) <br> BRYCE MITCHEM Louisville, Terminal ) <br> Manager, ) <br> SCOTT ROGERS Industrial Relations Manager, ) <br> ) <br> Defendants. ) | No. 4:23-cv-00029-TWP-KMB |

**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS AND
DIRECTING REISSUANCE OF NOTICE AND WAIVER**

This matter is before the Court on *pro se* Plaintiff Muhammad Rashad's ("Plaintiff") Motion for Default Judgment (Filing No. 10). For the following reasons, Plaintiff's Motion for Default Judgment is denied.

In its Entry dated March 14, 2023, the Court granted Plaintiff leave to proceed *in forma pauperis* in this matter (Filing No. 6). Accordingly, in its Entry dated April 4, 2023, the Court designated the Clerk, pursuant to Rule 4(c)(3), to issue process to Defendants in the manner specified by Rule 4(d) (Filing No. 8). On April 4, 2023, the Clerk issued the Amended Complaint, the Court's April 4, 2023 Entry, and a Notice of Lawsuit and Request to Waive Service of a Summons (the "Notice") to Defendants (Filing No. 9). As of today's date, the Notice has not been executed or returned to the Court by any Defendant.

On June 6, 2023, Plaintiff moved for default judgment (Filing No. 10). However, Defendants have only been issued the Notice and have not yet been served with process. Plaintiff's Motion is therefore **denied as premature**.

The Clerk is **designated** pursuant to Rule 4(c)(3) to reissue process to Defendants USF Holland LLC, Andrew Cook, Bryce Mitchem, and Scott Rogers at the below addresses in the manner specified by Rule 4(d). Process shall consist of the Amended Complaint (Filing No. 7), applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), the Court's April 4, 2023 Entry (Filing No. 8), and this Entry.

**SO ORDERED**.

Date:    8/21/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MUHAMMAD RASHAD
107 Shawnee Court
Bloomfield, KY 40008

USF Holland LLC
c/o C T Corporation System, its registered agent
334 North Senate Avenue
Indianapolis, IN 46204

Andrew Cook
700 S Waverly Road
Holland, MI 49423

Bryce Mitchem
4885 Keystone Industrial Boulevard
Jeffersonville, IN 47130

Scott Rogers
4885 Keystone Industrial Boulevard
Jeffersonville, IN 47130